UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Priority Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

Case Nos. CV 04-1055-PA(RC)
         CV 04-7645-JVS(RC) ✓

Date: September 17, 2004

Title: IN THE MATTER OF THE EXTRADITION OF DARREN IRWIN COHEN,
       A fugitive from the Government of Canada;
       Darren Irwin Cohen v. M. Benov

============================================================
**DOCKET ENTRY**


============================================================

HON. ROSALYN M. CHAPMAN, UNITED STATES MAGISTRATE JUDGE

Debra Taylor
Deputy Clerk

None
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:
None Present

ATTORNEYS PRESENT FOR DEFENDANT:
None Present

**PROCEEDINGS:** (IN CHAMBERS)

    The Clerk of Court **IS ORDERED** to change the case number under which petitioner's ex parte request for stay of extradition was lodged from case no. CV 04-1055-PA(RC) to case no. CV 04-7645-JVS(RC).

    This Order shall be placed by the Clerk of Court in both case files.


Service List:

Edmundo Espinoza
P.O. Box 1150
Del Mar, CA 92014

Beong-Soo Kim
Asst. United States Attorney
312 North Spring Street
Los Angeles, CA 90012

case041\04-1055.7
9/15/04

Initials of Deputy Clerk ___