I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 9/17/04

DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ✓

SCANNED

**CIVIL MINUTES--GENERAL**

Case No.  CV 04-7645-JVS(RC)                     Date:  September 17, 2004

Title:  Darren Irwin Cohen v. M. Benov
================================================================
**DOCKET ENTRY**

FILED
CLERK, U.S. DISTRICT COURT
SEP 20 2004
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

================================================================
HON. ROSALYN M. CHAPMAN, UNITED STATES MAGISTRATE JUDGE

Debra Taylor                                None
Deputy Clerk                                Court Reporter


ATTORNEYS PRESENT FOR PETITIONER:           ATTORNEYS PRESENT FOR RESPONDENT:
None Present                                None Present


**PROCEEDINGS:**   (IN CHAMBERS) PROCEDURAL ORDER


**IT IS HEREBY ORDERED:**

1.   All future pleadings shall have the above case number and shall be filed with Ms. Debra Taylor, Clerk of Court, United States Courthouse, 312 N. Spring Street, Los Angeles, CA  90012.

2.   All pleadings to be filed shall comply with the Federal Rules of Civil Procedures and the Local Rules of the United States District Court for the Central District of California.

3.   All pleadings to be filed shall:

    A.   At the top of page 1 of the pleadings, state the party's name and mailing address (including any prisoner number or dorm, wing or building number) to assure mail will be delivered to him/her.  During the pendency of the action, any party must notify the Court immediately if his/her address changes and provide the Court with the new address and its effective date.  Any failure by a party to comply with a Court Order because the party did not receive the order due to his/her failure to inform the Court of his/her

4

current address may result in the action being dismissed for petitioner's failure to prosecute (Carey v. King, 856 F.2d 1439, 1440-1441 (9th Cir. 1988));

    B.    Shall be legibly written or typed;

    C.    Shall be on only one (1) side of each page;

    D.    Shall be submitted with one (1) original document and one (1) copy or, if a party wishes to receive a conformed copy, one (1) original and two (2) copies;

    E.    Shall have at least a one (1) inch margin at the top of each page so that the document can be hole punched and properly bound in the court file; and

    F.    Shall be paged consecutively to facilitate ease of reference, including exhibits and attachments.

    4.    Strict compliance with Local Rule 5-3 regarding proof of service shall be required. Any pleading or other document submitted to the Clerk of the Court for filing shall include a certificate of service upon the opposing party or his/her counsel. Otherwise, the pleading or document will not be filed, and will be disregarded by the Court and returned to the submitting party.

Service List:

Darren Irwin Cohen
Reg #28297-112
Metropolitan Detention Center
Los Angeles, CA 92053-1500

Initials of Deputy Clerk ____

S:\DOCS\Case047\04-7645.2.wpd
9/17/04