I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
[..], POSTAGE PREPAID, TO ALL COUNSEL
[..]HEIR RESPECTIVE MOST RECENT ADDRESS OF
[..]CTION ON THIS DATE.

DEPUTY CLERK

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 _____
JS-2/JS-3 _____
Scan Only _____

SCANNED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES--GENERAL

Case No. CV 04-7645-JVS(RC)          Date:  September 17, 2004

Title:  Darren Irwin Cohen v. M. Benov

===============================================================
**DOCKET ENTRY**

DOCKETED ON CM

SEP 2 [ ] 2004

BY [ ] 052

===============================================================

HON. ROSALYN M. CHAPMAN, UNITED STATES MAGISTRATE JUDGE

Debra Taylor                      None
Deputy Clerk                      Court Reporter

ATTORNEYS PRESENT FOR PETITIONER:    ATTORNEYS PRESENT FOR RESPONDENT:
None Present                          None Present

**PROCEEDINGS:  (IN CHAMBERS) ORDER TO SHOW CAUSE OR ANSWER
     PETITION FOR WRIT OF HABEAS CORPUS**

**IT IS HEREBY ORDERED:**

1.    The Clerk of the Court shall promptly serve by
certified mail a copy of the Petition and this Order on
respondent by delivering them to the **United States Attorney for
the Central District of California** and upon **petitioner**.

2.    Respondent(s) shall file and serve an **answer(s)** or
**return** to the petition within sixty (60) days after the filing
date of this Order.  The answer(s) shall respond to the
allegations in the petition and, at a minimum, address the
following:

     A.    Whether petitioner is in respondent(s) custody;

     B.    The cause of petitioner's detention (e.g.,
pretrial or post-conviction detention, type of judgment,
court name and case no.), and indicate what transcripts, if
any, are available and when they can be furnished;

5

C.   Whether respondent(s) concedes that the petition
should be granted.  If respondent(s) disputes any claim
raised in the petition, and does not concede that the
petition should be granted, then he shall address the merits
of each disputed claim and the necessity for an evidentiary
hearing to resolve any issue, **and shall lodge with the Court
all records** pertinent to each disputed claim.

D.   If respondent(s) contends that petitioner has
failed to exhaust an administrative remedy as to any ground
for relief alleged in the petition, respondent shall specify
the administrative remedies still available to plaintiff.

3.   If petitioner desires to file a **traverse** or **response** to
the answer, he shall do so within sixty (60) days of the date the
answer is served.  The traverse or response shall set forth,
separately:

A.   Petitioner's admission or denial of each factual
allegation in the answer;

B.   Additional facts or legal argument responsive to
matters raised in the answer; and

C.   Shall not raise new grounds for relief not
asserted in the petition.

4.   Unless the Court orders otherwise, the case will be
deemed **submitted** on the records on file thirty (30) days after
the traverse is filed or, in the event no traverse is filed,
thirty (30) days after the answer(s) is filed.


Service List:

Darren Irwin Cohen          Beong-Soo Kim
Reg #28297-112              Asst. United States Attorney
Metropolitan Detention      312 North Spring Street
Center                     Los Angeles, CA 90012
Los Angeles, CA 92053-1500

S:\DOCS\Case047\04-7645.1.wpd
9/17/04

Initials of Deputy Clerk _____

2