SEND

① FILED
CLERK, U.S. DISTRICT COURT

SEP 27 2004

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Darren Irwin Cohen | CASE NUMBER: |
|---|---|
| Plaintiff(s), | CV 04-7645 JVS (RC) |
| v. | |
| M. Benov | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Cases) |
| Defendant(s). | |

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

_____9/21/04_____   _____Percy Anderson_____
Date                       Percy Anderson
                           United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of General Order 224.

IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge ___Anderson___ for all further proceedings.

_____9.24.04_____   _____James V. Selna_____
Date                       James V. Selna
                           United States District Judge

**DECLINATION**

I hereby decline to transfer the above-entitled case to/from my calendar for the reasons set forth: _____

_____   _____
Date                       United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL:** Case <u>CV 04-1055 PA (RC)</u> and the present case:

- ☐ A. appear to arise from the same or substantially identical transactions, happenings or events.
- X B. involve the same or substantially the same parties or property.
- ☐ C. involve the same patent, trademark or copyright.
- ☐ D. call for determination of the same or substantially identical questions of law and fact.
- ☐ E. likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

**NOTICE TO COUNSEL FROM CLERK:**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge ___N/A___ to Magistrate Judge ___N/A___.

On all documents subsequently filed in this case, please substitute the initials __PA__ after the case number in place of the initials of the prior judge, so that the case number will read __CV 04-7645-PA(RC)__. This is very important because documents are routed to the assigned judges by means of these initials.

Subsequent documents must be filed at the   X Western   ☐ Southern   ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.

ENTERED ON CM_____

CV-34 (07/03)   ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Cases)
SEP 21 2004