EDMUNDO ESPINOZA
Attorney at Law
Post Office Box 1150
Del Mar, CA 92014
Tel (213) 996-8355
Fax (858) 794-9689

Attorney for:
DARREN IRWIN COHEN

FILED
CLERK, U.S. DISTRICT COURT
SEP 3 0 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

**DENIED**

LODGED
2004 SEP 13 PM 1:46
CLERK CENTRAL DIST. OF CAL. LOS A...

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

IN THE MATTER OF THE ) CV No. 04-7645-JVS (RC)
EXTRADITION OF ) ~~04-1055-PA (RMC)~~
) CR No. 03-0309M
)
) EX-PARTE REQUEST FOR
DARREN IRWIN COHEN, ) STAY OF EXTRADITION
) CERTIFICATION ORDER;
A Fugitive from the ) DECLARATION OF
COUNSEL
Government of Canada. ) FOR FUGITIVE; AND
) [PROPOSED] ORDER
)

### EX-PARTE REQUEST FOR STAY OF EXTRADITION CERTIFICATION ORDER

COMES now DARREN IRWIN COHEN, by and through his attorney of record, Edmundo Espinoza, and hereby files this ex-parte request to stay the Extradition Certification Order submitted to this Court on September 8, 2004, by the complainant in this case, the UNITED STATES OF AMERICA by and through its



DOCKETED ON CM
OCT 1 2004
BY _____ 026

1  attorney of record, Beong-Soo Kim.

2  This ex-parte request is based on this ex-parte request,

3

4  on the attached declaration of counsel for COHEN, on the [Proposed]

5  Extradition Certification filed by the government, on all of the files

6

7  and records in this case, and on any additional matters that may be

8  filed or requested by this Court.

9

10  Dated: September 13, 2004                    Respectfully Submitted,

11

12

13

14  _____
                                    EDMUNDO ESPINOZA,
15  attorney
16                                              for Fugitive Darren I. COHEN

## DECLARATION OF COUNSEL

I, EDMUNDO ESPINOZA, declare:

I am the attorney of record for DARREN IRWIN COHEN, a fugitive from the Government of Canada, and I file this Ex-Parte Request for a Stay of the Extradition Certification Order proposed by the Government.

In or about August 25, 2004, after extradition proceedings having been brought in relation to the fugitive by Complainant, UNITED STATES OF AMERICA, pursuant to Title 18 United States Code Section 3184, a hearing was held and this Court found fugitive COHEN to be extraditable.

As a result, this Court requested the Government to prepare a proposed extradition certification order.

In or about September 8, 2004, the government lodged a [Proposed] Extradition Certification, and provided this declarant with a copy.

In or about September 10, 2004, this declarant

telephoned the clerk of this Court requesting that he be provided an opportunity to file objections to the proposed order by Monday, September 13, 2004.

After having reviewed the proposed extradition certification, and after having consulted with fugitive COHEN concerning the same, Mr. Cohen requested that I continue to monitor these proceedings as his attorney of record, as he intended to prepare an appeal to the Extradition Certification, either via In Pro Se or via a private attorney, including declarant, by way of habeas corpus.

This declarant attempted to monitor the progress of this case via PACER through case number CV 04-1055M, to no avail as apparently these proceedings have not been included in that web service.

As a result, and because of the urgent need by Mr. Cohen to timely file his collateral review, he is herein requesting that this Court grant a Stay of 10-days to permit him to obtain counsel and/or file his habeas corpus review via In Pro Se.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and that this declaration was executed this September 13, 2004, at Los Angeles,

California.

_____  
EDMUNDO ESPINOZA, declarant

## [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN it is hereby ordered that the Extradition Certification Order signed by this Court on

_____,

be hereby Stayed for a period of _____ days, from

_____.

IT IS SO ORDERED:

**DENIED BY ORDER OF** [signature]
**UNITED STATES DISTRICT JUDGE**
ON 9/30/04

DATED: _____

———————————————
HON. ROSALYN M. CHAPMAN
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that I am over the age of eighteen years and not a party to this action, with a business address a 555 West Fifth Street, Suite 3100, Los Angeles, California 92014, and that:

ON: September 13, 2004,

I SERVED: Mr. Beong-Soo Kim
Assistant US. Attorney
U.S. Courthouse
12th Floor
312 North Spring Street
Los Angeles, Ca 90012

WITH: Copy of Ex parte Request to Stay Extradition
Certification
Order, Declaration of Counsel and [Proposed] Stay
Order.

VIA; Personal Service.

I certify that the above is true and correct.

*Beatriz Rodriguez*
BEATRIZ RODRIGUEZ, Assistant to
Attorney. E. Espinoza