SEND

FILED
CLERK U.S. DISTRICT COURT

NOV 12 2004

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DARREN IRWIN COHEN | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 04-07645 PA (RC) |
| v. | |
| M. BENOV | **NOTICE OF DOCUMENT DISCREPANCIES (CIVIL CONSENT)** |
| DEFENDANT(S). | |

Re: Consent to Proceed Before a United States Magistrate Judge

Upon the submission of the attached consent, it was noted that the following discrepancy(s) exists:

☒ Rule 73-2     Parties may only consent to proceed before the assigned Magistrate Judge
☐ Rule 73-2     The Magistrate Judge consented to is not on the Civil Consent List.
☐ Consent does not reference appellate review in accordance with 28 U.S.C. § 636(c)(3). Consent will be processed; however, the parties should file a Notice Of Consent To Appellate Review in accordance with that section, or file another consent using a consent form.
☐ The case number and/or case title is/are incorrect.
☐ Case is not assigned to the Magistrate Judge whose initials appear in the case number on the Consent.
☐ Other:

*Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for the local rules and consent form.*

---

**Notice to Counsel**

Please attach this pleading deficiency form to your Consent when the corrections are submitted.

Clerk, U. S. District Court

_____
11/12/2004                          By G. Kami
Date                                Deputy Clerk

DOCKETED ON CM
NOV 12 2004
BY _____ 022

---

CV- 95 (12/03)          NOTICE OF DOCUMENT DISCREPANCIES (CIVIL CONSENT)

DARREN IRWIN COHEN
METROPOLITAN DETENTION CENTER
LOS ANGELES, CA 92053-1500

Reg. # 28297-112

NAME, ADDRESS & TELEPHONE NUMBER
OF ATTORNEY(S) FOR PLAINTIFF OR
DEFENDANT IF PLAINTIFF IS IN PRO PER:



LODGED
CLERK, U.S. DISTRICT COURT
NOV -8 2004
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

ATTORNEY(S) FOR:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

COHEN, DARREN IRWIN

PLAINTIFF(S)

vs.

UNITED STATES OF AMERICA

DEFENDANTS(S)

RECEIVED AND RETURNED
CLERK, U.S. DISTRICT COURT
NOV 12 2004
CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER

CV 04-7645 PA (RC)

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND DESIGNATION AND ELECTION OF THE PARTIES RE: APPELLATE REVIEW

I. CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provision of 28 U.S.C.§636(c), ALL parties to the above-captioned civil matter hereby waive their right to proceed before a Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case (including the trial) and order the entry of final judgment.

II. DESIGNATION/ASSIGNMENT OF A UNITED STATES MAGISTRATE JUDGE

The parties may stipulate to the designation of a specific Magistrate Judge to conduct all further proceedings unless a particular Magistrate Judge has already been assigned to the case under General Order 194, in which event it shall remain with that Magistrate Judge. If the parties do not stipulate, the assignment of the Magistrate Judge will be made at random from the Civil Assignment Wheel.

The parties hereby stipulate:    (check one)

→ TO A DIFFERENT MAGISTRATE
→ BECAUSE SHE HAS ALREADY CERTIFIED
    THE EXTRADITION
    ORDER

[X]    To the designation of Magistrate Judge ~~ROSALYN M. CHAPMAN~~ to conduct any an all further proceeding in this case.

[ ]    To the assignment of the Magistrate Judge from the Civil Assignment Wheel.

III. DESIGNATION/ELECTION REGARDING APPELLATE REVIEW

Any appeal from a judgment of the Magistrate Judge shall be taken to the United States Court of Appeals in the same manner as an appeal from any other judgment of the District Court in accordance with 28 U.S.C. §636(c)(3). In the alternative, the parties may consent to appeal to a Judge of the District Court subject to the limitations specified in 28 U.S.C. 636 (c)(5).

The parties hereby stipulate:

[X]    That any appeal shall be taken to the United States Court of Appeals for this judicial circuit in accordance with 28 U.S.C. §636(c)(3).

[ ]    That any appeal shall be taken, on the record, to a Judge of the District Court in the same manner as an appeal from a judgment of the District Court to the Court of Appeals.

CV-11 (3/94)

IV. <u>NOTICE TO COURT REGARDING DATE OF FILING</u>

Pursuant to General Order 194, if the consent is filed after the date of the pretrial conference, it will require the approval of the District Court Judge.

The parties hereby notify the Court that the consent to proceed before a United States Magistrate Judge is submitted for filing: (check one)

[X] Prior to the date of the pretrial conference. Therefore, the approval of the District Court Judge is not required.

[ ] After the date of the pretrial conference. Therefore, the approval of the District Court Judge is required.

ALL parties hereby consent to proceed before a United States Magistrate Judge for all further proceedings and stipulate to the designation/assignment of a United States Magistrate Judge and the designation/election of appellate review as indicated above. <u>DO NOT SUBMIT AN INCOMPLETE FORM</u>, ALL parties must consent before the case may proceed before a United States Magistrate Judge. Use additional sheets if necessary to list all parties.

| Name of Counsel or Party if Pro Per | Signature | Counsel for (Name Parties) |
|---|---|---|
| PATRICK R. FITZGERALD | /s/ | UNITED STATES OF AMERICA |
| COHEN, DARREN IRWIN | /s/ | PETITIONER |

---

**TO BE USED ONLY IF THE CONSENT IS SUBMITTED AFTER THE DATE OF PRETRIAL CONFERENCE**

WHEREAS, the consent to proceed before a United States Magistrate Judge was submitted for filing after the date of the pretrial conference:

[ ] The consent of the parties to proceed before a United States Magistrate Judge to conduct all further proceedings is HEREBY APPROVED.

[ ] The consent of the parties to proceed before a United States Magistrate Judge to conduct all further proceedings in HEREBY DENIED.

DATE _____    UNITED STATES DISTRICT JUDGE _____

<u>NOTICE TO COUNSEL FROM CLERK:</u>

This case has been reassigned to United States Magistrate Judge _____

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge so that the case number will read _____

This is very important because documents are routed to the assigned Magistrate Judge by means of the initials.

---

CV-11(3/94) CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE DESIGNATION AND ELECTION OF THE PARTIES RE: APPELLATE REVIEW