```
                                                    Priority
                                                    Send
                                                    Enter
                                                    Closed
                                                    JS-5/JS-6
              UNITED STATES DISTRICT COURT          JS-2/JS-3
           CENTRAL DISTRICT OF CALIFORNIA           Scan Only

                      CIVIL MINUTES--GENERAL
```

Case No.  CV 04-7645-PA(RC)                 Date: January 19, 2005

Title:  Darren Irwin Cohen v. M. Benov
================================================================
**DOCKET ENTRY**

================================================================
**HON. ROSALYN M. CHAPMAN, UNITED STATES MAGISTRATE JUDGE**

Debra Taylor                         None
Deputy Clerk                         Court Reporter

ATTORNEYS PRESENT FOR PETITIONER:    ATTORNEYS PRESENT FOR RESPONDENT:
None Present                         None Present


**PROCEEDINGS:** (IN CHAMBERS) ORDER GRANTING REQUEST FOR EXTENSION OF TIME

   Petitioner's request for an extension of time to file his reply to respondent's answer is granted, and he may have until March 1, 2005. No further extensions of time will be granted.


Service List:

Darren Irwin Cohen                   Beong-Soo Kim
Reg #28297-112                       Asst. U.S. Attorney
Metropolitan Detention Center        1200 United States Courthouse
Los Angeles, CA 92053-1500           312 North Spring Street
                                     Los Angeles, CA 90012


                                          Initials of Deputy Clerk ____

S:\DOCS\Case047\04-7645.3.wpd
1/19/05



DOCKETED ON CM

JAN 2 0 2005

