# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Case no. cv04-7645 PA(RC)

## NOTICE OF DOCUMENT DISCREPANCIES

(KC)

To: ☐ U.S. District Judge / ☑ U.S. Magistrate Judge _____

From: _Chris Dauz_____, Deputy Clerk    Date Received: _2-28-05_

Case No.: _CV04-7655-PA(RC)_    Case Title: _Darsey Cohen_

Document Entitled: _Ex parte Request for Extension of time to file reply._

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

| | | Priority ✗ |
|---|---|---|
| | | Send ____ |
| | | Enter ____ |
| ☐ Local Rule 11-3.1 | Document not legible | Closed ____ |
| ☐ Local Rule 11-3.8 | Lacking name, address, phone number | JS-5/JS-6 ____ |
| ☐ Local Rule 11-4.1 | No copy provided for judge | JS-2/JS-3 ____ |
| ☐ Local Rule 19-1 | Complaint/Petition includes more than ten (10) Does or fictitiously named parties | Scan Only ____ |
| ☐ Local Rule 15-1 | Proposed amended pleading not under separate cover | |
| ☐ Local Rule 11-6 | Memorandum/brief exceeds 25 pages | |
| ☐ Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents | |
| ☐ Local Rule 83-1.5 | No Certification of Interested Parties and/or no copies | |
| ☐ Local Rule 6.1 | Written notice of motion lacking or timeliness of notice incorrect | |
| ☐ Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking | |
| ☐ Local Rule 56-2 | Statement of genuine issues of material fact lacking | |
| ☐ Local Rule 7-19.1 | Notice to other parties of ex parte application lacking | |
| ☐ Local Rule 16-6 | Pretrial conference order not signed by all counsel | |
| ☐ FRCvP Rule 5(d) | No proof of service attached to document(s) | |
| ☑ Other: | _Case Number_ | |

FILED
CLERK, U.S. DISTRICT COURT

MAR - 7 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.**

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☑ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7. _File This in case no. CV04-7645._

_3/7/2005_
Date

_____
U.S. District Judge / U.S. Magistrate Judge

☐ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

_____
Date

DOCKETED ON CM

MAR - 8 2005

BY _____ 052

_____
U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.