UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

Case No.  CV 04-7645-PA(RC)                    Date: March 7, 2005

Title:  Darren Irwin Cohen v. M. Benov
================================================================
**DOCKET ENTRY**

================================================================
**HON. ROSALYN M. CHAPMAN, UNITED STATES MAGISTRATE JUDGE**

Debra Taylor                           None
Deputy Clerk                           Court Reporter

ATTORNEYS PRESENT FOR PETITIONER:      ATTORNEYS PRESENT FOR RESPONDENT:
None Present                           None Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER GRANTING REQUEST FOR EXTENSION OF TIME**

   The Court previously advised petitioner that no further requests for an extension of time to file his reply would be granted.  Nevertheless, the Court will grant petitioner's most recent request; however, petitioner is granted a 30 day extension of time, not a 45 day extension, and his reply must be filed no later than March 31, 2005.  The matter will be deemed submitted as of March 31, 2005.


Service List:

Darren Irwin Cohen                     Beong-Soo Kim
Reg #28297-112                         Asst. U.S. Attorney
Metropolitan Detention Center          1200 United States Courthouse
Los Angeles, CA 92053-1500             312 North Spring Street
                                       Los Angeles, CA 90012

                                       Initials of Deputy Clerk ___

S:\DOCS\Case047\04-7645.4.wpd
3/7/05



DOCKETED ON CM
MAR - 8 2005
BY