UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

*[Filed stamp: APR 8 2005, CLERK, U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, BY ___ DEPUTY]*

| | |
|---|---|
| DARREN I COHEN<br><br>PLAINTIFF(S),<br>v.<br>M BENOV<br><br>DEFENDANT(S), | CASE NUMBER<br>04-cv-7645-PA(RC)<br><br>NOTICE OF CLERICAL ERROR<br>(Non-E-filed Document(s)) |

TO:  U. S. District Judge(s)
U. S. Magistrate Judge(s)
Counsel of Record

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☐ docket entry have/has been corrected as indicated below.

Title of Scanned Document: <u>Transmittal Letter MDL Transfer Out CV 117 Return Receipt</u>

Filed Date: <u>3/31/05</u>        Document Number: <u>16</u>

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document.

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are _____.

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____. The initials of the new judge(s) are _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order ☐ 349, ☐ 98-3 ☐ 02-06, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____

☐ Subsequent documents must be filed at the ☐ Western ☐ Southern ☐ Eastern division. Failure to file at the proper location will result in your documents being returned to you.

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ ENTERED Date ☐ DATE ENTERED ON CM/ICMS was stamped on document. The correct date is _____

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☒ Other: <u>Docket in this case in error. Should have been docketed in case cv 04-6175</u>

Date <u>4/8/05</u>

*[Stamp: DOCKETED ON CM, APR - 8 2005, BY ___ 004]*

CLERK, U.S. DISTRICT COURT
By: Sharon Hall-Brown
Deputy Clerk

cc: Intake Supervisor / Deputy In Charge

G-11 (01/05)          NOTICE OF CLERICAL ERROR
                     (NON E-FILED DOCUMENT(S))



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

SHERRI R. CARTER
District Court Executive and
Clerk of Court

March 16, 2005

Name & Address
United States District Court
Eastern District of Pennsylvania
Independence Mall West, 601 Market Street
Philadelphia PA 19106-1797

Re: MDL 1203        In Re: Diet Drugs MDL 1203

Transfer of our Civil Case No. CV-04-06175-TJH(RCx)

Case Title: Miki Haugland v. WYETH

Dear Sir/Madam:

An order having been made by the Judicial Panel on Multi-district Litigation transferring/ remanding the above-numbered case to your district, we are transmitting herewith our entire original file in the action, together with a copy of the order and a certified copy of the docket. Please acknowledge receipt of same and indicate below the case number you have assigned to this matter on the enclosed copy of this letter and return it to our office. Thank you for your cooperation.

Very truly yours,

Clerk, U.S. District Court

By YVETTE LOUIS
Deputy Clerk

cc: *All counsel of record*
*Clerk, MDL Panel*

---

## TO BE COMPLETED BY RECEIVING DISTRICT

Receipt is acknowledged of the documents described herein and, if not already assigned, we have assigned this matter the following case number: 05-20634

DOCKETED ON CM
APR - 8 2005
BY _____ 004

Clerk, U.S. District Court

By Tom Deppen
Deputy Clerk

DOCKETED ON CM
MAR 16 2005
BY _____

CV-117 (5/00)                TRANSMITTAL LETTER - MDL CASE TRANSFER OUT