Priority ✗
Send ✗
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No. CV 04-7645-PA(RC)                    Date: May 11, 2005

Title: Darren Irwin Cohen v. M. Benov
================================================================
**DOCKET ENTRY**


================================================================
         HON. ROSALYN M. CHAPMAN, UNITED STATES MAGISTRATE JUDGE

Linda Williams                          None
Deputy Clerk                            Court Reporter

ATTORNEYS PRESENT FOR PETITIONER:       ATTORNEYS PRESENT FOR RESPONDENT:
None Present                            None Present


**PROCEEDINGS:  (IN CHAMBERS) ORDER DENYING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE REPORT AND RECOMMENDATION**

The Court does not find good cause to grant petitioner's request for a 45 day extension of time to file objections to the Report and Recommendation, and his request is denied. Previously, petitioner made, and the Court granted, seriatim requests for extensions of time to respond to respondent's answer, resulting in petitioner taking more than **four months** to file his traverse. Since the Report and Recommendation does not address any factual or legal issues petitioner is not familiar with, there is no reason he cannot file his objections, if any, within the time provided by law.


Service List:

Darren Irwin Cohen                      Beong-Soo Kim
Reg #28297-112                          Asst. U.S. Attorney
Metropolitan Detention Center           1200 United States Courthouse
Los Angeles, CA 92053-1500              312 North Spring Street
                                        Los Angeles, CA 90012

Initials of Deputy Clerk _____

S:\DOCS\Case047\04-7645.5.wpd
5/11/05



DOCKETED ON CM
MAY 11 2005
BY ____ 060