Priority ☐
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT

AUG - 1 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN IRWIN COHEN,<br><br>PLAINTIFF(S)<br>v.<br><br>M. BENOV,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 04-7645-PA(RC)<br><br>ORDER STRIKING FILED DOCUMENTS<br>FROM THE RECORD |

WHEREAS, the documents listed below were improperly filed for the following reason(s) Throughout this action, petitioner has represented himself pro se. However, in the filing listed below, an application is made on petitioner's behalf through counsel; yet, counsel has not filed a substitution of counsel for petitioner pro se. See Local Rules 83-2.10.2, 83-2.10.3; cf. Local Rule 83-2.9.2.1. Accordingly, the document listed below is stricken from the record:

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| Application to this court for an order discharging Darren Irwin Cohen from commitment and custody | July 25, 2005 |

DOCKETED ON CM
AUG 1 2005
BY _____ 061

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

August 1, 2005
Date

_____
United States ~~District Judge~~/Magistrate Judge

CV-80 (12/95)      ORDER STRIKING FILED DOCUMENTS FROM THE RECORD